IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Eric Flores, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 1:15-cv-145 |
| United States Attorney General, | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff initiated this action against on October 16, 2015. See Docket No. 1. On October 20, 2015, Magistrate Judge Charles S. Miller Jr. issued a Report and Recommendation in which he recommended the application to proceed in forma pauperis be denied and the action be dismissed with prejudice as the complaint was so implausible as to render it frivolous. See Docket No. 4. The parties were given fourteen days to file any objections to the Report and Recommendation. No objections were filed.

The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The action is frivolous and dismissal is warranted. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 4) in its entirety. The application to proceed *in forma pauperis* (Docket No. 1) is **DENIED** and the action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court